

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00143-CR

---

PEDRO EREVIA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2021-422,218, Honorable William R. Eichman II, Presiding

---

October 12, 2022

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Pedro Erevia, appeals his conviction for murder.[1]  The clerk's and reporter's records were filed with this Court, and Appellant's brief was due September 23, 2022.  Now pending before the Court is Appellant's "motion to complete" the reporter's record and his third motion for an extension of time to file a brief.  We are unable to ascertain from Appellant's motion what items he claims are necessary for completion of

---

[1] *See* TEX. PENAL CODE ANN. § 19.02.

the reporter's record. Accordingly, we abate the appeal and remand the cause to the trial court for further proceedings.

Upon remand the trial court shall hold a hearing to determine (1) whether the reporter has filed all voir dire proceedings, testimony, arguments, objections, and exhibits with this Court; (2) what tasks, if any, remain to complete the filing of the reporter's record; (3) what items Appellant believes were omitted from the reporter's record; and (4) what amount of time is reasonably necessary to complete the supplementation of the reporter's record, if any. The trial court is directed to enter such orders necessary to address the aforementioned questions and to ensure that a complete reporter's record is filed with this Court. So too shall it include its findings on those matters in a supplemental clerk's record and cause that record to be filed with this Court by November 14, 2022.

It is so ordered.

Per Curiam

Do not publish.